JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JASON HAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-012 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| JASON HAIR, | Date: July 12, 2018 |
| | Judge: Hon. Troy L. Nunley |
| Defendant. | Time: 9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for April 12, 2018. Counsel for the parties request the date for judgment and sentencing be continued to July 12, 2018 at 9:30 a.m. Assistant U.S. Attorney Matthew G. Morris has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                         **7/12/18**

   Reply, or Statement of Non-Opposition:               7/5/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                                         6/28/18

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/21/18 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing Counsel no later than: | 6/14/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 5/31/18 |

Dated: April 10, 2018            /S/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Jason Hair

Dated: April 10, 2018            McGregor W. Scott
                                 United States Attorney

                                 by: /S/ Matthew G. Morris
                                 MATTHEW G. MORRIS
                                 Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 11th day of April, 2018.

_____
Troy L. Nunley
United States District Judge