```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JASON HAIR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-012 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | Date: July 12, 2018 |
| JASON HAIR, | Judge: Hon. Troy L. Nunley |
| Defendant. | Time: 9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for July 12, 2018. Counsel for the parties request the date for judgment and sentencing be continued to August 23, 2018 at 9:30 a.m. Assistant U.S. Attorney Katherine Lydon has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                8/23/18

   Reply, or Statement of Non-Opposition:                           8/16/18

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                            8/9/18

|  |  |  |
|---|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | 8/2/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 7/26/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 7/12/18 |

Dated: June 27, 2018                     /s/  John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Jason Hair

Dated: June 27, 2018                     McGregor W. Scott
                                         United States Attorney

                                         by: /s/  Katherine Lydon
                                         KATHERINE LYDON
                                         Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of June, 2018.

_____
Troy L. Nunley
United States District Judge