```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JASON HAIR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-012 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| JASON HAIR, | Date: September 27, 2018 |
| | Judge: Hon. Troy L. Nunley |
| Defendant. | Time: 9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 23, 2018. Counsel for the parties request the date for judgment and sentencing be continued to September 27, 2018 at 9:30 a.m. Assistant U.S. Attorney Matthew G. Morris has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **9/27/18** |
| Reply, or Statement of Non-Opposition: | 9/20/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/13/18 |

|  |  |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/6/18 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |

Dated: August 9, 2018  /S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jason Hair

Dated: August 9, 2018  McGregor W. Scott
United States Attorney

by: /S/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of August, 2018.

Troy L. Nunley
United States District Judge