```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JASON HAIR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-CR-012 TLN |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) JUDGMENT AND SENTENCING |
| JASON HAIR, | ) Date: October 25, 2018 |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) Time: 9:30 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter was set for September 27, 2018. Counsel for defendant Jason Hair requests the date for judgment and sentencing be continued to October 25, 2018 at 9:30 a.m. Assistant U.S. Attorney Matthew Morris has been advised of this request and has no objection. U.S. Probation has also been advised of this request and has no objection. The parties request the Court adopt the following schedule:

   **Judgment and Sentencing date:**                    **10/25/18**

   Sentencing memorandums, if any:                    10/18/18

///

///

1

Dated: September 24, 2018                    /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Jason Hair

Dated: September 24, 2018                    McGregor W. Scott
                                             United States Attorney

                                             by: /s/  Matthew Morris
                                             MATTHEW MORRIS
                                             Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2018.

_____
Troy L. Nunley
United States District Judge